## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  May 21, 2015                    519557
_____

In the Matter of SERGIO PONDER,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  March 31, 2015

Before:  Garry, J.P., Egan Jr., Devine and Clark, JJ.

_____

        Sergio Ponder, Albion, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating certain prison disciplinary rules.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  In view of this, and given that petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (see Matter of Ramos v Department of Corr. & Community Supervision,

123 AD3d 1215, 1216 [2014].  We note that petitioner is not entitled to be restored to his prior status (see Matter of Folk v Annucci, 122 AD3d 977, 978 [2014).

         Garry, J.P., Egan Jr., Devine and Clark, JJ., concur.


         ADJUDGED that petition is dismissed, as moot, without costs.




                         ENTER:

                         Robert D. Mayberger
                         Clerk of the Court